```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION

DANIEL RAY BROWN                                      PLAINTIFF

VS.                    CASE NO. 10-CV-3080

YOLANDA WATSON, et al.                                DEFENDANT
```

O R D E R

On this 7th day of July 2011, there comes on for consideration the report and recommendation filed in this case on June 13, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 24). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the following claims are DISMISSED: (1) all claims against James Williams, a hearing officer for the Arkansas Parole Board; (2) all official capacity claims against Kent Villines, Mike Pippin, Mike Thomas, and Yolanda Watson; (3) all claims challenging the revocation of Plaintiff's parole and subsequent incarceration; (4) all official capacity claims against David Eberhard, Dan Roberts, and Jeff Tillman; (5) all claims against the City of Harrison; and (6) all claims against the Department of Community Correction and the Harrison Probation and Parole Services. These claims are frivolous, fail to state claims upon which relief may be granted, seek relief

against defendants who are immune from suit, or are not presently cognizable. *See* 28 U.S.C. § 1915(e)92)(B)(i)-(iii).

Plaintiff's individual capacity claims against Yolanda Watson, Mike Pippin, Kent Villines, Mike Thomas, Jeff Tillman, Dan Roberts, and David Eberhard remain. Also before the Court is the Motion for Extension (doc. 37) filed by these Defendants. The Court finds the Motion should be GRANTED, and defendants have through July 15, 2011, to file a response to Plaintiff's Complaint.

IT IS SO ORDERED.

                /s/ Robert T. Dawson
                Honorable Robert T. Dawson
                United States District Judge