IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                PLAINTIFF

      v.                             Civil No. 10-3080

YOLANDA WATSON, Probation
Officer; MIKE PIPPIN, Assistant
Area Manager; KENT VILLINES,
Parole Officer; MIKE THOMAS, Area
Manager; JEFF TILLMAN, Assistant
Director, Parole Services; DAN ROBERTS,
Director, Parole Services; and DAVE
EBERHARD, Director                                                              DEFENDANTS

## **ORDER**

    The Defendants are directed to file a summary judgment motion by **December 21, 2011.**

Once the motion is filed, Plaintiff will be asked to verify his receipt of the motion and notify the

Court of how he intends to respond.

    IT IS SO ORDERED this 27th day of September 2011.

                                            /s/ *J. Marschewski*
                                          HON. JAMES R. MARSCHEWSKI
                                          CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)