IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                     PLAINTIFF

      v.                                  Civil No. 10-3080

YOLANDA WATSON, Probation
Officer; MIKE PIPPIN, Assistant
Area Manager; KENT VILLINES,
Parole Officer; MIKE THOMAS, Area
Manager; JEFF TILLMAN, Assistant
Director, Parole Services; DAN ROBERTS,
Director, Parole Services; and
DAVE EBERHARD, Director                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Daniel Ray Brown filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on August 20, 2010. His complaint was filed *in forma pauperis* (IFP).

On December 21, 2011, Defendants filed a motion for summary judgment (Doc. 42). On August 7, 2012, the undersigned entered an order (Doc. 49) directing Brown to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

Brown's response to the questionnaire was to be returned by August 24, 2012. To date, Brown has failed to respond to the questionnaire. The Court's order and attached questionnaire have not been returned as undeliverable. The order was mailed to the same address as the Court's prior orders. Plaintiff has not informed the Court of any change in his address. He has not sought an extension of time to respond or communicated with the Court in anyway.

I therefore recommend Brown's claims be dismissed with prejudice on the grounds he has failed to prosecute this action and comply with the orders of the Court. *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 29th day of August 2012.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**