IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                                           PLAINTIFF

      v.                           Civil No. 10-3080

YOLANDA WATSON, Probation
Officer; MIKE PIPPIN, Assistant
Area Manager; KENT VILLINES,
Parole Officer; MIKE THOMAS, Area
Manager; JEFF TILLMAN, Assistant
Director, Parole Services; DAN ROBERTS,
Director, Parole Services; DAVE
EBERHARD, Director; JAMES L.
WILLIAMS, Hearing Examiner;
DEPARTMENT OF COMMUNITY
CORRECTION; and CITY OF
HARRISON; HARRISON PROBATION
and PAROLE SERVICES                                                                                       DEFENDANTS

## ORDER

Plaintiff has filed the following motions: (1) a motion for the Court's assistance (Doc. 57); (2) a motion for appointment of counsel (Doc. 58); and (3) a motion for a Court order (Doc. 59). Each motion will be addressed in turn.

**Motion for Court Assistance** (Doc. 57)

Plaintiff asks the Court to assist him by: propounding interrogatories; scheduling a deposition meeting with each Defendant and preparing a separate questionnaire for each Defendant; and allow him to depose each Defendant.

The motion (Doc. 57) is denied. The Court does not propound interrogatories for any party to a lawsuit. Plaintiff for some reason believes that the Court prepared a questionnaire for the Defendants for use in his deposition. The Court did not prepare a questionnaire for Defendants and will not do so for the Plaintiff.

**Motion For Appointment of Counsel** (Doc. 58)

This is the Plaintiff's second motion for appointment of counsel. Plaintiff assets that he is just now recalling having been kidnaped, beaten, and electrocuted for a period of hours by three men. He maintains this event has caused him to lose mental acuity and has caused memory loss. He asks that all proceedings be postponed and that he be appointed counsel.

The Court has reviewed the file. Plaintiff has filed numerous documents on his own behalf. During his deposition, he answered all questions about the events this lawsuit is about. He did not claim memory loss as a result of a kidnaping and beating. The Court believes the Plaintiff is capable of representing himself. The motion (Doc. 58) is denied.

**Motion for Court Order** (Doc. 59)

In this motion, Plaintiff seeks an extension of time to file his summary judgment response. This portion of the motion is moot. Plaintiff has filed his response (Doc. 60).

Next, he asks that the Clerk be ordered to provide him with all documents in this case. He asserts the Boone County Jail does not allow certain types of mail and that the jail does not have a law library. This motion (Doc. 59) is denied as moot. Plaintiff is no longer incarcerated in the Boone County Jail. However, **the Clerk is directed to send the Plaintiff a docket sheet.** If there are specific documents Plaintiff wants to request. he may do so; however, the Court will not send him a copy of all document that have been filed in this case without a showing of good cause.

IT IS SO ORDERED this 25th day of February 2013.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)