```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     HARRISON DIVISION
```

DANIEL RAY BROWN                                          PLAINTIFF

VS.                       CASE NO. 10-CV-3080

YOLANDA WATSON, et al.                                    DEFENDANT

## O R D E R

On this 13th day of March 2013, there comes on for consideration the report and recommendation filed in this case on February 25, 2013, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 61). Also before the Court are Plaintiff's objections (doc. 63).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendants' Motion for Summary Judgment (doc. 42) is GRANTED, and Plaintiff's Complaint, including all supplements thereto, are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge