IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                         PLAINTIFF

       v.                         Civil No. 10-3080

YOLANDA WATSON, Probation
Officer; MIKE PIPPIN, Assistant
Area Manager; KENT VILLINES,
Parole Officer; MIKE THOMAS, Area
Manager; JEFF TILLMAN, Assistant
Director, Parole Services; DAN ROBERTS,
Director, Parole Services; DAVE
EBERHARD, Director; JAMES L.
WILLIAMS, Hearing Examiner;
DEPARTMENT OF COMMUNITY
CORRECTION; and CITY OF
HARRISON; HARRISON PROBATION
and PAROLE SERVICES                                                                      DEFENDANTS

## ORDER

       By order entered on May 2, 2013, the Court of Appeals for the Eighth Circuit remanded this case for the limited purpose of determining Plaintiff's *in forma pauperis* (IFP) status (Doc. 70). The Clerk is directed to send the Plaintiff an IFP form. Plaintiff is given until **May 24, 2013,** to file the IFP application with this Court.

       Failure to obey the order of the Court will result in an order being entered advising the Court of Appeals for the Eighth Circuit that Plaintiff is not eligible for IFP status.

       IT IS SO ORDERED this 3rd day of May 2013.

       /s/ *J. Marschewski*
       HON. JAMES R. MARSCHEWSKI
       CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)