IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                    PLAINTIFF

v.                              Civil No. 10-3080

YOLANDA WATSON, Probation
Officer; MIKE PIPPIN, Assistant
Area Manager; KENT VILLINES,
Parole Officer; MIKE THOMAS, Area
Manager; JEFF TILLMAN, Assistant
Director, Parole Services; DAN ROBERTS,
Director, Parole Services; DAVE
EBERHARD, Director; JAMES L.
WILLIAMS, Hearing Examiner;
DEPARTMENT OF COMMUNITY
CORRECTION; and CITY OF
HARRISON; HARRISON PROBATION
and PAROLE SERVICES                                                                DEFENDANTS

## ORDER

The Plaintiff has filed a motion (Doc. 72) for leave to appeal *in forma pauperis* (IFP). He has not supplied the Court with a certificate regarding funds held in his name at the detention center. However, he indicates that he has attempted to get the certificate completed but jail officials have failed to complete and return it.

The **Clerk is directed to send a copy of this order to Jail Administrator Jason Day, Boone County Detention Center, 5800 Law Drive, Harrison, AR 72601.** The order should be sent to him by certified mail, return receipt requested. The Clerk should also send a copy of the IFP application (prisoner form) in case the prior applications cannot be located. Jail Administrator Day is asked to assist the Plaintiff by completing the jail account certification part of the application. The application should be returned to this Court by no later than **July 26, 2013.**

IT IS SO ORDERED this 12th day of July 2013.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)