IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DANIEL RAY BROWN                                                                                    PLAINTIFF

        v.                              Civil No. 10-3080

YOLANDA WATSON, Probation
Officer; MIKE PIPPIN, Assistant
Area Manager; KENT VILLINES,
Parole Officer; MIKE THOMAS, Area
Manager; JEFF TILLMAN, Assistant
Director, Parole Services; DAN ROBERTS,
Director, Parole Services; DAVE
EBERHARD, Director; JAMES L.
WILLIAMS, Hearing Examiner;
DEPARTMENT OF COMMUNITY
CORRECTION; and CITY OF
HARRISON; HARRISON PROBATION
and PAROLE SERVICES                                                                                DEFENDANTS

## ORDER

      By order entered on May 2, 2013, the Court of Appeals for the Eighth Circuit remanded this case for the limited purpose of determining Plaintiff's *in forma pauperis* (IFP) status (Doc. 70). On May 3, 2013, an order was entered directing the clerk to send the Plaintiff an IFP form. Plaintiff was given until May 24, 2013, to file the IFP application with this Court.

      Plaintiff submitted an incomplete IFP application on May 14, 2013 (Doc. 72). An order (Doc. 73) was entered giving him until July 26th to file a complete application.

      On July 24, 2013, Plaintiff again filed an incomplete application (Doc. 75). Finally on July 26, 2013, Plaintiff filed a completed application (Doc. 76). The motions to proceed IFP on appeal (Docs. 72, 75, and 76) are granted. Pursuant to the terms of the Prison Litigation Reform Act, the Clerk is directed to collect the $455 filing fee from the Plaintiff.

      IT IS SO ORDERED this 30th day of July 2013.

                                                                /s/ *J. Marschewski*
                                                                HON. JAMES R. MARSCHEWSKI
                                                                CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)